WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Natalia Castro-Sainz,<br><br>Defendant. | No. CR-16-01844-001-TUC-JGZ (BGM)<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Reconsider Defendant's Motion for Compassionate Release. (Doc. 113.) The Court will deny the motion.

Defendant's motion is more appropriately characterized as a successive motion alleging new grounds for compassionate release. Before the Court can consider a request for compassionate release, administrative exhaustion is required. *See* 18 U.S.C. § 3582. Section 3582 permits a court to reduce a term of imprisonment upon:

> [M]otion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier.

18 U.S.C. § 3582(c)(1)(A) (emphasis added).

Defendant's successive motion does not state that she has exhausted or attempted to exhaust her administrative remedies on the new grounds alleged in the motion. Accordingly, the Court must deny the motion. Defendant must exhaust her administrative remedies under 18 U.S.C. § 3582 prior to filing a request with the Court for early release.

If the request for early release is denied by the Bureau of Prisons, Defendant may file a motion requesting such relief in this Court. The motion must show "extraordinary and compelling reasons warrant" such release. 18 U.S.C. § 3582(c)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Seal Document (Doc. 114) is **GRANTED IN PART** as follows:

1. Doc. 113-1 shall be sealed
2. The Clerk of Court shall not file Doc. 115, as it is duplicative.

**IT IS FURTHER ORDERED** that the Motion to Reconsider Defendant's Motion for Compassionate Release (Doc. 113) is **DENIED**.

Dated this 9th day of June, 2021.

_Jennifer Zipps_
Honorable Jennifer G. Zipps
United States District Judge